**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIANO MABEZA,** an individual,<br><br><br>Plaintiff,<br><br>v.<br><br><br>**ASHFIELD MANAGEMENT SERVICES, INC.;** and **LENNY CREDIT, INC.,**<br><br><br>Defendants. | Case No.: 3:17-CV-01946-AJB-KSC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF CRYSTAL T. INNABI IN SUPPORT THEREOF; DECLARATION OF WAYNE A. SINNETT IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>Date: March 22, 2018<br>Time: 2:00 P.M.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on March 22, 2018 at 2:00 p.m. or as soon thereafter as the matter may be heard, Plaintiff, ADRIANO MABEZA, ("Plaintiff") will move this Court located at 221 West Broadway, San Diego, CA 92101, Courtroom 4A, for an order granting default judgment in this action against Defendants, ASHFIELD MANAGEMENT SERVICES, INC., ("ASHFIELD") and LENNY CREDIT, INC., ("LENNY" or collectively as "Defendants").

This motion is made on the grounds that Defendants have failed to appear in this case, and the time allowed for appearance has far expired. This motion is made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: January 18, 2017                    Respectfully submitted,

**SINNETT LAW, APC.**

By: /s/ CRYSTAL T. INNABI
CRYSTAL T. INNABI, ESQ.
ATTORNEY FOR PLAINTIFF