**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIANO MABEZA,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**ASHFIELD MANAGEMENT SERVICES, INC.;** and **LENNY CREDIT, INC.,**<br><br>Defendants. | **Case No.: 3:17-CV-01946-AJB-KSC**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF CRYSTAL T. INNABI IN SUPPORT THEREOF; DECLARATION OF WAYNE A. SINNETT IN SUPPORT THEREOF; DECLARATION OF AARON M. LLOYD IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>Date: March 22, 2018<br>Time: 2:00 P.M.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on March 22, 2018 at 2:00 p.m., or as soon thereafter as the matter may be heard, Plaintiff, ADRIANO MABEZA, ("Plaintiff") will move this Court located at 221 West Broadway, San Diego, CA 92101, Courtroom 4A, for an award of attorney's fees and costs against Defendants, ASHFIELD MANAGEMENT SERVICES, INC., ("ASHFIELD") and LENNY CREDIT, INC., ("LENNY" or collectively as "Defendants").

The Court entered default against Defendants on January 2, 2018. Defendants have yet to appear in this case, and the time allowed for appearance has far expired. Any attempts to meet and confer prior to filing this motion were unsuccessful. This motion is made pursuant to Rule 54 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1692k(a)(3), California Civil Code § 1788.30(c), this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: January 18, 2018

Respectfully submitted,

**SINNETT LAW, APC.**

BY: /S/ CRYSTAL T. INNABI
CRYSTAL T. INNABI, ESQ.
ATTORNEY FOR PLAINTIFF