**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIANO MABEZA,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**ASHFIELD MANAGEMENT SERVICES, INC.;** and **LENNY CREDIT, INC.,**<br><br>Defendants. | **Case No.:** 17-CV-1946-AJB-KSC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENANT LENNY CREDIT, INC. ONLY** |

**TO THE COURT:**

    Plaintiff, ADRIANO MABEZA ("Plaintiff"), submits this Notice of Settlement to notify the Court that the above captioned action has been settled with respect Defendant, LENNY CREDIT, INC. ("LENNY"), and ***only*** LENNY. Plaintiff anticipates filing a Notice of Dismissal as to LENNY pursuant to Fed. R. Civ. P. Rule 41 within thirty (30) days.

Dated: February 27, 2017        Respectfully submitted,

                                          **SINNETT LAW, APC.**

                                          BY: /S/ WAYNE A. SINNETT
                                          WAYNE A. SINNETT, ESQ.
                                          ATTORNEY FOR PLAINTIFF