

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Adriano Mabeza, an individual

                                                **Plaintiff,**

V.

Ashfield Management Services, Inc.

                                                **Defendant.**

**Civil Action No.** 17-cv-1946-AJB-KSC

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion for Default Judgment and Attorney Fees against Ashfield, (Doc. Nos. 8, 9), are GRANTED. The Court awards $13,050. The Clerk is directed to enter judgment consistent with this order.

**Date:** 3/20/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ A. Corsello

A. Corsello, Deputy